EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Roberto Torres Viera | 2007 TSPR 105<br><br>171 DPR _____ |

Número del Caso: TS-9143

Fecha: 1 de junio de 2007

Abogado de la Parte Peticionaria:

Lcdo. José Ramón Castro Acevedo

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roberto Torres Viera

TS-9143

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de junio de 2007.

Examinada la Segunda moción solicitando reinstalación al ejercicio de la profesión legal presentada por el querellado Roberto Torres Viera, se reinstala a éste al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo